# By Faith Ministries
## 132 Alexander Ave.
## Bronx, New York 10453
byfaithministries2019@gmail.com

To whom it may concern,

The Smith Family has been a very active participants of By Faith Ministries. We have watched how this family has grown past the stigma of the community and strives to live a productive life. Jaquan Smith contributions were greatly appreciated and recognized. From the day the church opened, He volunteered to make sure the bathrooms and the sanctuary was clean and ready for service. In spite of the dangers and struggles of his community and the constant presence of peer pressure, Mr. Smith was reliable and dependable.

Mr. Smith is a new father and was very serious about raising his son as a law abiding christian. As GOD has given us a second chance we pray that the truth is revealed and Mr. Smith is given an opportunity to start a new life, and continue to be the father and christian brother to his family and our community.

By Faith Ministries will continue to support and pray for Mr. Smith and his family.

GOD BLESS,

Elder L.Leggett

**Administrative Pastor**

Date: 9/19/2022

To: The Honorable Judge

I have known Jay-qan Smith for quite some time and was troubled and concerned about his case. It is for this reason I am writing a letter of reference for Jay-qan Smith regarding this matter. I understand the seriousness of this matter however in hopes the. Court will show some leniency.

He is a good kid to his family, friends and community. He has a child in which he takes care of and needs a male figure in their life. While it is unfortunate that he has made some bad decisions in his own growth, thus resulting in this case.

While I was surprised to hear about his misconduct I believe that Jay-qan Smith will become a better person with the necessary help and guidance. Jay-qan Smith expressed a deep sense of remorse in his actions and understands his accountability.

It is my sincere hope that the court takes this letter into consideration at the time of the sentencing. Despite the current case I still believe Jay-qan Smith to be a good human being.

Sincerely,



Marvin Johnson

1/8/23

To Whom it May Concern,

I Greca Barnes am writing this letter because I've watched Jaquan Smith grow up from a baby always respectful, well mannered and willing to help his elders in the Community but unfortunately living in a Crime infested community with no resources for our youth or nowhere for them to go but the streets. I think if the city pay more attention to the youth and build places for them to go and people for them to look up to. Communities would be a better place stop building jails for our youth and build recreational centers to teach them there are better ways out. together as a whole we need to save our youth too many dying and incarcerated before 18. lets help our youth

Thank You

Greca Barnes

To whom it may concern                    1/7/2023

I'm writing this letter in regards to Mr. JayQuan Smith
my Name is Gregory Rolland. I am a member of the
Peacemakers Organization, Mr. JayQuan Smith has been a
Big help to my organization. He has helped us with
many things such as Coat drives, Toy drives, Food drives
Teen Forums and that is just to name a few. He is
great with helping the Community. If anybody Calls,
he is there to lend his helping hand. I am Asking
well I am actually begging for his Safe return back
to the Community to do God's work and continue to help
those that are in need of his blessing's Thankyou
in advance.

                              Sincerly yours
                              Gregory Rolland
                              X Gregory Rolland.

9/19/22

To Whom it May Concern;

My name is Karina Rivera, I am family friend of Mr. Jayquna Smith. I have known Mr. Smith for about 4 years. The time I have known Mr. Smith I have nothing but respect for him. He has always been kind and respectful to me and to my son Edwin Rivera. Mr. Smith and my son Edwin have become good friends. Whenever my son will go to the Smith place - Jayquna will make him feel comfortable. They will watch movie or play video games. When I saw Mr. Smith he will ask about Edwin, how he was doing in school. I hope Mr. Smith will come home soon to be with his family and with his young son.

Karina Rivera

January 9, 2023

To Whom It May Concern,

Please accept this letter on behalf of Jayquan Smith. My name is Wadia I have known Jayquan for over 10 years, and I must say I have seen a change in him since the birth of his son. Even though Jayquan has had a few mishaps with the law in the past he has shown a new side. Jayquan has done a complete 360 from the last time he was incarcerated. He started to be on the right path and was focused on his family. Once he found out he was having a child that was the happiness I had seen him in a while. And once he knew he was having a boy he even stated he wanted to do right by his son and show his son how to do right in this world and not follow in the negatives behavior he himself had gone through. He wanted better for his son, and it was only one way he could do this and it was to stay out of trouble.

I say all of this because few people change in life, but Jayquan did. He stayed home more and was really trying to do the right thing. Jayquan is a smart guy and has come a long way in life. I have really seen the change in Jayquan and believe he deserves to be home so he can show more people how he has changed. Also, his son is getting older and has not seen his father in so long. Jayquan has a son which he needs to be there for. His son will keep him on the right track. Another thing is he has nephews who really misses him and wish every day to have their uncle home

I just ask for you to accept this letter and really think about allowing Jayquan to come home. His family has gone through so much over the years and this is just breaking his mother even more. So please find it in your heart to say okay he can be released.

Sincerely, Wadia Knight ( Family Friend)

Arthur Harris                              70 Lafayette St
820 E 180th St                             New York, N.Y.
Bronx New York 10460                       10013

To whom it may Concern,
    I am a man with positive ties to my
Community. I've lived at the above address
for the last 9 years. As Such I've witnessed
alot of our youth Straying the wrong way doe
to peer pressure
    As a 51 year old man with 2 grown
children 28 years and 24 years. I've
discovered GEN X is a Struggle to do alone
It takes a village to Raise young adults
especially boys to Men.
    We've all gotten 2nd/3rd chances Including
myself. at 25 years old I was able to change
my life around. A bad Situation can
Ultimately fruitate into positive outcomes
    Personally I've known JayQuan Smith
Since He went to school with my Son
They both Studied at Bronxwood Prepatory
Academy. They both also loved History
with Mr Iameao.
    I have 3 Jobs I work for an Air N B in
Harlem, I work for Heart to Heart home care
and KRAUS Manegment long Story Short I
Can Provide Part time emploment
    JayQuan is a good kid anything we
as a Society can do would be tantamount
To allowing a member of our community
To become who he is. caring humble loyal
and Kind. If there is anyway within the
Annals of Justice, please give my young man
another chance at life
                                Regards

To whom it may concern

Jayquan Smith is an outstanding person. He's a father, son, brother and an awesome cousin. Growing up in a high crime area is a lot for people. Its hard for our youth and elderly to live in peace. with everything that goes on in the world.

My family has found the love in pain and the beauty in the struggle.

Jayquan Smith is part of that Love and Beauty for my family Because I love him dearly and miss our laughs and goodtimes at our family picnics or parties.

Thank you for reading this have an awesome day.

Keith Palmer
Keith1956palmer@gmail.com 2116 Crotona Hwy, Apt #1A
Bronx, N.Y. 10460

To Whom it may Concern,
          The Smith Family has been a part of
this Community since I can remember and has always
giving their all to help the people who live here.
Mr. Jayquan Smith is a outstanding young man and
has always gelt willing to help anyone in need.
I as part of this Community am glad to know the
Smith Family and Mr. Jayquan. His Mother does so
much for the people of this Community far more than anyone
knows. The Family is truely blessed and we are blessed
that they are apart of our lives.

              Sincerely,
              Mr. Keith Palmer

Laurence Barbosa

To Whom it may Concern,

I am writing this letter on behalf of my friend of over ten years.

Jay quan and I both attended the same Schools, For example middle school and high school as well as grew up in the same neighborhood. For as long as I've known him he's been an honest and generous person. There were times through out the years, If I didn't have money to eat or If I needed Someone to vent to, Jay quan would help out any way he could. It's rare to find friends that are trust worthy and Straight forward. Besides being an Integral part of his family, he's loved by everyone such as my parents, our former Classmates and our neighborhood. From my experience, I noticed him having a Child has made a Significant Impact positively. It gave him purpose as well as make him more mature. Not only because he has more responsibilities, but because he wants to be a great example for his Son.

Sincerely, Laurence Barbosa

My name is Nazarie Smith the nephew of Jay'quan smith and he is like a brother to me and he is a cool and funny person to be around and he show nothing but positive vibes around me my family and friends. Also when he was home he used to play the game with me and my friends.This would be a lot for me and my family because he just had a son named Ashton and he locked up so he can't see Ashton as much because of the situation going on. But the most important thing is that he gets out and we make sure he gets back on track.and he is a hard worker and he is there when you need a shoulder to lean on.