# EXHIBIT A

USA v. Jonathan Odenthal
21 cr 280

Alice Tobin
1353 Clay Ave Basement
Bronx, NY 10456


Dear Honorable Members of the Board,


My name is Alice Diaz Tobin and I am writing on behalf of Mr. Jonathan Odenthal Diaz, who is my brother and his inmate number is 38076-510. I am respectfully vouching for Mr. Odenthal. While it is true that Mr. Odenthal has made mistakes in his life which have had terrible consequences for others, I firmly believe that Mr. Odenthal regrets the pain he has caused our family, especially his daughter, who miss each other dearly.

After the passing of our parents, Mr. Odenthal was lost and didn't have any place to stay. He doesn't like to inconvenience me by asking to stay with me. Mr. Odenthal became friends with the wrong people and realizes it now. He is truly a good person and I am confident that, given the opportunity, he will prove that he can make a positive contribution to society.

I can personally assure you that, if release is granted, he has the full support of his family. I will give him the support that he needs, including housing. He will not return to his previous negative lifestyle while living with me because he knows I have a bad attitude and won't tolerate bad behavior and stupidity.


Sincerely,

[signature redacted]

Hon. Judge Alvin Hellerstein
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

October 23, 2023

To Judge Hellerstein,

I am writing this letter regarding my partner and lover Jonathan Odenthal. Though Jonathan has previously found himself in situations that led him to make poor decisions; he has learned from every one of them. I have had the pleasure of getting closer to him although I've known him since we were children. The last three years with him has been fulfilling as I have been watching him grow into the man he has quietly yearn to be. Jonathan isn't just a docket number on your list, the charges you see before you, a bad product of the foster care system, or his adoptive environment. I've watched him battle with who he wants to be and what he is used to. I am happy that I've gotten to witness the growth in this man as he hasn't always been the easiest to deal with. However, no one is and I am a firm believer in change. I've watched him change into a different person since we've been with together.

While living together; he has become a soccer stepdad, school drop off line step dad, karate step dad, dance stepdad, and most importantly a great domestic partner to me. It's unfortunate his past and previous affiliation with people caught up to him when he was in such a peaceful place. We have all as humans made interesting decisions that may have had some bad outcomes but I truly believe Jonathan wants to be a hardworking dedicated family man for me, my daughter and his daughter. After knowing and seeing Jonathan for many years as we lived across the street from one another; I honestly can say I didn't know him completely until we became partners. The things I've heard about him may have been true at some point but the Jonathan Odenthal sitting in Federal Prison isn't the Jonathan I know and love.

Our days together consist of school drop off, extracurricular activities, games in our kitchen with my daughter, teaching him how to make dinner, homework help, and spontaneous trips as a family. We miss all of these thing with him and more. I have major respect for the justice system and I have major respect for the population who wants to do right. I know Jonathan and I know he wants better for himself as he is one of those who was given the short end of the stick. People say don't fall in love or believe potential but I am telling you his potential became his reality. He has proven that he can be a great asset and valuable partner for me and those around me. He was on a path of finding what works for him while being the healthiest version of himself for his family. His plan to go to therapy, get a job and gain joint custody of his daughter is something we've been working towards before this case. I would love to see Jonathan's plan fall through as I know he very much deserves a fresh start as the man he has yearn to be. The soccer stepdad, school drop off line stepdad, karate stepdad, dance dad, swim meet dad, Lilliana's dad and most importantly a great domestic partner for me.

I ask that mercy, guidance, and trust be considered when making this huge decision that can impact everyone who truly loves and know Jonathan Odenthal. He can do this and will do this!

With Love,

Taquia B